837 A.2d 1091

RICHARD F. COMPARATO, PLAINTIFF–PETITIONER, v. ROCHELLE SCHAIT (FORMERLY KNOWN AS COMPARATO), DEFENDANT–RESPONDENT.

November 18, 2003.

ORDERED that the motion for leave to appeal is granted.

837 A.2d 1091

C.O., PLAINTIFF–PETITIONER, v. DIVISION OF MEDICAL ASSISTANCE AND HEALTH SERVICES, ET AL., DEFENDANTS–RESPONDENTS.

December 11, 2003.

ORDERED that the petition for certification is granted, limited solely to the scope of the record before the Administrative Law Judge; and it is further

ORDERED that the matter is summarily remanded to the Office of Administrative Law for a hearing to supplement the record in respect of the deed to 200 Upper Park Road, Mount Laurel, and C.O.'s responsibility for the mortgage on that property.

Jurisdiction is not retained.